## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**THOMAS PEPE,**

     **Plaintiff,**

**v.**                                **Case No.  3:25-cv-707-TKW-ZCB**

**JUDGE JOSEPH FULLER,**

     **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 7).  No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Defendant is entitled to judicial immunity.  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1]  Although Plaintiff did not file any objections to the R&R, he did file a motion for leave to proceed in forma pauperis (IFP) (Doc. 8) and an amended complaint (Doc. 9) after the R&R was issued.  The motion to proceed IFP is superfluous because Plaintiff was already granted leave to proceed IFP in this case.  *See* Doc. 6.  The amended complaint does not save the case from dismissal because it seeks relief for acts and omissions (i.e., accommodations in court proceedings) for which Defendant has absolute judicial immunity and/or is not the proper defendant.

Page 1 of 2

2.    This case is **DISMISSED with prejudice** under 28 U.S.C. §1915(e)(2)(B)(iii) because Defendant is entitled to judicial immunity.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of June, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**